IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JACOB HUEFTLE, and<br>HIDDEN HILLS OUTFITTERS LLC,<br>　　　　　　　Defendants. | **8:20CR87**<br><br>**PRELIMINARY ORDER<br>OF FORFEITURE** |

　　　　This matter is before the Court on the United States of America's Motion for Preliminary Order of Forfeiture (Filing No. 21). The Court has reviewed the record in this case and finds as follows:

1.　Defendants Jacob Hueftle and Hidden Hills Outfitters, LLC. entered pleas of guilty to an Information (Filing No. 8), namely violations of 16 U.S.C. §§ 3372(a)(2)(A), 3373(d)(2), and 3374 and 28 U.S.C. § 2461, pursuant to a Plea Agreement (Filing Nos. 19 and 20).

2.　Defendants also admitted to the Forfeiture Allegation of the Information alleging that defendants used the following property to facilitate the offenses: a DPMS Panther Arms Model LR-308, 308 caliber rifle with Nikon Monarch 4-16X50 mm scope and PMAG 20-round magazine containing unfired ammunition.

3.　By virtue of said pleas of guilty, defendants have forfeited their interest in the subject property. Accordingly, the United States should be entitled to possession of said property. 21 U.S.C. § 853.

4.　The Motion for Preliminary Order of Forfeiture should be granted.

　　IT IS ORDERED:

　A. The Motion for Preliminary Order of Forfeiture (Filing No. 21) is granted.

B. Defendants' interest in the property is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

C. The government is hereby authorized to seize the above-described property and shall hold the property in its secure custody and control.

D. The government shall publish Notice of this Preliminary Order of Forfeiture of its intent to forfeit the property on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days as required by to 21 U.S.C. § 853(n)(1).

E. The Notice shall provide that any person having or claiming a legal interest in any of the subject property must file a Petition with the Court within thirty days of the final publication of Notice or of receipt of actual notice, whichever is earlier. The Notice shall also provide that a Petitioner must sign a Petition under penalty of perjury, must set forth the nature and extent of the Petitioner's right, title, or interest in the property, and must provide any additional facts supporting the Petitioner's claim and the relief sought.

F. If practicable, the government shall also provide direct written notice to any person known to have asserted an interest in the subject property

G. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n).

Dated this 6th day of October, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge